**E-filed 1/23/08**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MICHAEL DENNIS, <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, Warden of the California State Prison at San Quentin <br><br> Respondent. | Case Number C 98 21027 JF <br><br> **DEATH PENALTY CASE** <br><br> [PROPOSED] ORDER |

GOOD CAUSE APPEARING, petitioner's Motion to Extend Time to Complete Discovery and Scheduled Briefing is hereby GRANTED. Petitioner's Opposition to Respondent's Second Motion for Summary Judgment and Petitioner's Cross-Motion for Summary Judgment shall be filed by February 15, 2008; Respondent's Reply and Opposition to Petitioner's Cross Motion shall be filed by March 15, 2008; Petitioner's Reply regarding his Cross Motion shall be filed by April 17, 2008. The time to complete previously authorized discovery is extended from March 31, 2008 to May 1, 2008.

IT IS SO ORDERED.

DATED: 1/25/08

JEREMY FOGEL
United States District Judge

Submitted by:

/s/ Peter Giannini
Peter Giannini
Counsel for Petitioner

# DECLARATION OF SERVICE

*William Michael Dennis v. Robert L. Ayers*, # C 98 21027 JF

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11755 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. I am employed in the office of a member of the bar of this court at whose direction this service was made.

On January 11, 2008, I served a copy of a document entitled [PROPOSED] ORDER on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

G.O. Kolombotovich
Death Penalty Clerk
U.S. District Court – Northern District
450 Golden Gate Ave.
San Francisco, CA 94102-3483

[X] (By Mail)

I deposited such envelope in the mail at Los Angeles, California, with postage fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[] (By Fax)

I served the foregoing document on the interested parties in this action by faxing a true copy thereof to the interested parties at the telephone facsimile numbers listed above.

Executed on January 11, 2008 at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

|  Peter Giannini  | /s/ Peter Giannini |
|---|---|
| TYPE OR PRINT NAME | SIGNATURE |