EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
RONALD S. MATTHIAS, State Bar No. 104684
Senior Assistant Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5858
 Fax: (415) 703-1234
 Email: Ronald.Matthias@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **WILLIAM MICHAEL DENNIS,** | **CAPITAL CASE** |
| Petitioner, | C 98-21027 JF |
| v. | **STIPULATION AND [PROPOSED] ENDORSEMENT ENLARGING TIME TO FILE RESPONDENT'S REPLY TO OPPOSITION TO SECOND MOTION FOR SUMMARY JUDGMENT** |
| **ROBERT L. AYERS, Warden of the California State Prison at San Quentin,** | |
| Respondent. | |

It is hereby stipulated between petitioner, through his attorney, Peter Giannini, and respondent, through his attorney, Ronald S. Matthias, that the date by which respondent shall be required to file his Reply to petitioner's Opposition to respondent's Second Motion for Summary Judgment shall be extended 60 days to May 13, 2008. This stipulation is accompanied by the declaration of Ronald S. Matthias.

///

///

///

///

Stip. & [Proposed] Endorsement Enlarg. Time To File Resp. Rpy. To Opp. To Second MSJ   *Dennis v. Ayers*
No. C-98-21027 JF

1

DATED: March 13, 2008          /s/ Peter Giannini
                               PETER GIANNINI
                               Attorney for Petitioner


DATED: March 13, 2008          /s/ Ronald S. Matthias
                               RONALD S. MATTHIAS
                               Senior Assistant Attorney General
                               Attorney for Respondent

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Reply to petitioner's Opposition to respondent's Second Motion for Summary Judgment shall be filed on or before May 13, 2008.

IT IS SO ORDERED.

DATED: 3/14/08
                               _____
                               JEREMY FOGEL
                               United States District Judge

Submitted by:

/s/ Ronald S. Matthias
RONALD S. MATTHIAS

40228718.wpd
SF1998XW0002

Stip. & [Proposed] Endorsement Enlarg. Time To File Resp. Rpy. To Opp. To Second MSJ   *Dennis v. Ayers*
No. C-98-21027 JF

2