**E-Filed 3/21/2012**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL DENNIS, <br><br>    Plaintiff, <br><br>vs. <br><br>KEVIN CHAPPELLE, Warden of San Quentin State Prison, <br><br>    Respondent. | Case No. C-98-21027-JF <br><br> **DEATH PENALTY CASE** <br><br> [~~PROPOSED~~] **ORDER EXTENDING TIME TO FILE PETITIONER'S SUPPLEMENTAL OPPOSITION** |

GOOD CAUSE APPEARING, petitioner's Motion to extend time to file his supplemental opposition to respondent's motion for reconsideration of (1) order re adequacy of state procedural bars and (2) order re evidentiary hearing from March 15, 2012 to April 5, 2012, and to extend the time for respondent to file any supplemental reply to June 1, 2012 IS GRANTED.

All other prospective deadlines in the Order Resolving Motions Regarding Scheduling (Doc. 273) remain the same.

Dated: 3/21/2012

                                                                            _____ <br>
                                                                            JEREMY FOGEL <br>
                                                                            United States District Judge