UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL DENNIS, <br>     Petitioner, <br>   v. <br> RON DAVIS, Warden of California State Prison at San Quentin, <br>     Respondent. | Case No. 98-cv-21027-JF <br><br> **JUDGMENT** <br><br> **<u>DEATH PENALTY CASE</u>** |

This Court now has denied or dismissed each of the twenty-five claims of Petitioner's first and amended habeas corpus petitions. On April 4, 2002, the Court dismissed as procedurally defaulted Claims 4 and 14 and portions of Claims 9 and 12. *See* Dkt. No. 105. On June 27, 2002, the Court dismissed Claim 8 as duplicative of another claim. *See* Dkt. No. 115. On July 26, 2002, the Court granted summary judgment in favor of Respondent as to Claims 13, 15, 19, 20, 22, and the remaining portions of Claim 9. *See* Dkt. No. 117. On December 29, 2008, the Court granted summary judgment in favor of Respondent as to Claims 1, 2, 5, 6, 7, 10, 16, 18 (with the exception of sub-claim 18.B.7), 21, 24, and the remaining portion of Claim 12. *See* Dkt. No. 240. On December 19, 2017, following an evidentiary hearing, the Court denied Claims 3, 11, and 17 on the merits. *See* Dkt. No. 423. Finally, on August 17, 2018, the Court denied Claims 18.B.7, 23, and 25 on the merits. *See* Dkt. No. 431. The Court determined that a certificate of

appealability was appropriate as to Claims 17, 18.B.1, and 25. *See id.*

Accordingly, and for the reasons set forth in the orders enumerated herein, the Court hereby enters JUDGMENT in favor of Respondent and against Petitioner. Petitioner shall obtain no relief by way of his petition. The Clerk shall close the file.

**IT IS SO ORDERED**

DATED: August 17, 2018

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE